

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DAVID E. WOOD, | § | No. 08-20-00109-CR |
| Appellant, | § | Appeal from the |
| v. | § | 358th District Court |
| THE STATE OF TEXAS, | § | of Ector County, Texas |
| Appellee. | § | (TC# D-17-1994-CR) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment.   We therefore affirm the judgment of the court below.   This decision shall be certified below for observance.

IT IS SO ORDERED THIS 17TH DAY OF DECEMBER, 2020.


JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.